JAMES KIDD agt. HENRY E. BROWN, Impleaded with RALPH JOHNSON.

A judgment entered against two defendants as co-partners on a cognovit signed by one of them, for the firm, after service of a declaration on the defendant, giving the cognovit, is regular against the defendants as joint debtors. (10 *Wend.* 630.)

*December Term,* 1845.

MOTION for defendant Brown to set aside judgment for irregularity.

This was a judgment entered upon a cognovit given by defendant Johnson for the firm of Johnson & Brown, who were co-partners. After *the service of a declaration on Johnson. Brown not having been served with declaration. Brown alleged he did not consent to it;

judgment was entered against both defendants and execution issued against the joint property of the defendants and the sole property of defendant Johnson.

> R. W. PECKHAM, *counsel for Brown.*
> PECKHAMS & COLT, *attorneys for Brown.*
> F. O. SHEPARD, *plaintiff's counsel.*
> HARRIS & SHEPARD, *plaintiff's attorneys.*

JEWETT, Justice.  The judgment is regular against the defendants as joint debtors.  (10 *Wend.* 630.)  The motion must be denied, with costs.

Rule accordingly.